# United States Court of Appeals
# for the Federal Circuit

---

**AMERICAN SCIENCE AND ENGINEERING, INC.,**

*Appellant*

v.

**COKE MORGAN STEWART, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Intervenor*

---

2023-2127

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01585.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT



August 7, 2025
Date

Jarrett B. Perlow
Clerk of Court